UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DASHON J. GATES and YVETTE BRAMLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIPPERT COMPONENTS, INC.,<br><br>Defendant. | Case No. 3:24-cv-00006-DRL-AZ |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Dashon J. Gates and Yvette Bramley ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement and Release of Claims in the above-referenced matter, attached to the Declaration of Paul M. Secunda as **Exhibit 1**; (2) approve the proposed Notice and authorize distribution of the Notice to the Settlement Class, attached to the Settlement Agreement as **Exhibit B**; (3) preliminarily certify the Settlement Class for settlement purposes; (4) approve the Plan of Allocation; (5) schedule a Final Approval Hearing; and (6) enter the accompanying Preliminary Approval Order, attached to the Settlement Agreement as **Exhibit C**.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda and exhibits attached thereto (including the Settlement Agreement), the Declarations

1

of Dashon J. Gates and Yvette Bramley, and all files, records, and proceedings in this matter. Defendants join in the relief requested by Plaintiffs' Motion for Preliminary Approval of Settlement.

| | |
|---|---|
| Dated this 26th day of November, 2024 | **WALCHESKE & LUZI, LLC** |

/s/ Paul M. Secunda
Paul M. Secunda (admitted *pro hac vice*)
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (414) 828-2372
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

**HASSLER KONDRAS MILLER LLP**

Robert P. Kondras, Jr.
100 Cherry St.
Terre Haute, IN  47807
Tel:  (812) 232-9691
Fax:  (812) 234-2881
Email:  kondras@hkmlawfirm.com

ATTORNEYS FOR PLAINTIFFS and
PROPOSED SETTLEMENT CLASS

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda