**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| DASHON J. GATES and YVETTE BRAMLEY, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) Case No. 3:24-cv-00006-DRL-AZ |
| v. | ) ) |
| LIPPERT COMPONENTS, INC., | ) ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, April 24, 2025, at 10 a.m. EST, at the Robert Lowell Miller, Jr. Courtroom of the United States District Court for the Northern District of Indiana, 102 Federal Building, 204 S. Main St., South Bend, IN 46601, Plaintiffs Dashon J. Gates and Yvette Bramley ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 31-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Section 2.5 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Analytics Consulting, LLC, and exhibits attached thereto, the previously filed declarations of the Class Representative (Dkts. 33, 34), the Settlement Agreement, and all files, records, and proceedings in

this matter. A proposed Final Approval Order is being submitted in connection with this motion as **Exhibit 1**.

    Defendants do not oppose the motion as parties to the Settlement.

Dated this 10th day of April, 2025          Respectfully submitted,

**WALCHESKE & LUZI, LLC**

*/s/ Paul M. Secunda*
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (414) 828-2372
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

**HASSLER KONDRAS MILLER LLP**

Robert P. Kondras, Jr.
100 Cherry St.
Terre Haute, IN  47807
Tel:  (812) 232-9691
Fax:  (812) 234-2881
Email:  kondras@hkmlawfirm.com

ATTORNEYS FOR PLAINTIFFS and
SETTLEMENT CLASS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda